Drew L. Johnson, P.C.
sherwoodreese@comcast.net
1700 Valley River Drive
Eugene, OR  97401
(541) 434-6466

Attorney for Plaintiff

UNITED STATES COURT DISTRICT COURT

DISTRICT OF OREGON

**LISA A. DUMDI,**

           Plaintiff,

   vs.

Commissioner of Social Security
Administration,

           Defendant.
_____

Case No. 6:17-cv-01836-MK

**ORDER APPROVING ATTORNEY FEES PURSUANT TO 42 U.S.C. §406(b)**

     After considering Plaintiff's Motion, Plaintiff's Motion is hereby granted in the sum of $26,754.50, reduced by $7,323.29 Equal Access to Justice Act ("EAJA") fees, for a net of $19,431.21 as full settlement of all claims for attorney fees pursuant to 42 U.S.C. §406(b). Any past-due benefits withheld by the Defendant in anticipation of an order under 42 U.S.C. §406(b), shall be payable to Plaintiff's counsel, Drew L. Johnson, PC, less an administrative assessment

pursuant to 42 U.S.C. §406(d), and mailed to their office at 1700 Valley River Drive, Eugene, OR 97401, consistent with this order.  There are no other costs.

IT IS SO ORDERED this <u>14th</u> day of <u>September</u> 2020.


                                        <u>s/ Mustafa T. Kasubhai</u>
                                        MUSTAFA T. KASUBHAI
                                        United States Magistrate Judge


PRESENTED BY:

By:    <u>/s/ DREW L. JOHNSON</u>
         Drew L. Johnson, OSB #75200
         Of Attorneys for Plaintiff